

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2015

No. 04-15-00412-CR

Javier **CARDENAS,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1577
Honorable Steve Hilbig, Judge Presiding

## ORDER

The Appellant's First Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to October 21, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Richard B. Dulany Jr.          Nicolas A. LaHood
Bexar County Public Defender's Office    District Attorney, Bexar County
Paul Elizondo Tower           101 W. Nueva, Suite 370
101 W. Nueva St., Suite 370      San Antonio, TX 78205
San Antonio, TX 78205